| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)*      Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Hilltop at DIA, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Sebastian Partners, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-4480017** |

| 4. | Debtor's address | **Principal place of business**<br><br>**c/o Michael Graham**<br>**5455 Landmark Place #413**<br>**Englewood, CO 80111**<br>Number, Street, City, State & ZIP Code<br><br>**Arapahoe**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**22050 E 64th Ave Aurora, CO 80019**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor  **Hilltop at DIA, LLC**                                          Case number (*if known*) _____
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor __Hilltop at DIA, LLC_____   Case number (*if known*)_____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

| | | |
|---|---|---|
| Debtor **Hilltop at DIA, LLC** | Case number (*if known*) | |
| Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Hilltop at DIA, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2021**
MM / DD / YYYY

X **/s/ Michael D. Graham**
Signature of authorized representative of debtor

**Michael D. Graham**
Printed name

Title **Manager of Sebastian Partners, LLC, Manager**

**18. Signature of attorney**

X **/s/ Christian C. Onsager**
Signature of attorney for debtor

Date **June 23, 2021**
MM / DD / YYYY

**Christian C. Onsager**
Printed name

**Onsager Fletcher Johnson LLC**
Firm name

**600 17th St. Ste. 425N**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone **720-457-7070**      Email address **consager@OFJlaw.com**

**06889 CO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hilltop at DIA, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brad Carlson, Analyst**<br>**Toptal LLC**<br>**2810 N Church St #36879**<br>**Wilmington, DE 19802-4447** | | **Analyst Fees** | | | | $1,746.00 |
| **Christopher P. Harff**<br>**Highline Financial Group, LLC**<br>**9493 S Shadow Hill Circle**<br>**Lone Tree, CO 80124** | | **Litigation: Adams County District Court, Colorado Case No. 20CV30129 Court Appointed Receiver** | | | | $82,767.40 |
| **Clifton Larson**<br>**8390 E Crescent Pkwy Unit 300**<br>**Englewood, CO 80111** | | **District Accounting Fees** | | | | $435.00 |
| **Fidelity National Title Insurance Co**<br>**Attn: Mary Romano**<br>**4643 S Ulster St Ste 500**<br>**Denver, CO 80237** | | **Title Insurance** | | | | $13,892.50 |
| **Fox Rothschild**<br>**2000 Market St 20 Fl**<br>**Philadelphia, PA 19103-3222** | | **Attorneys Fees** | | | | $30,246.50 |
| **Granite Properties**<br>**PO Box 201365**<br>**Dallas, TX 75320-1365** | | **Office Lease** | | | | $51,270.00 |
| **Josefina /Varsovia Fernandez**<br>**10390 Ashton Ave**<br>**Los Angeles, CA 90026** | | **COO for Hilltop** | | | | $19,000.00 |

Debtor **Hilltop at DIA, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelsey Jamie Buechler** 999 18th St Ste 1230S Denver, CO 80202 | | **Attorneys Fees** | | | | $11,000.00 |
| **Liberty Mutual** PO Box 188025 Fairfield, OH 45018-8025 | | **General Liability Insurance** | | | | $4,722.80 |
| **Limor Goodman** 160 Rockhill Rd Bala Cynwyd, PA 19004 | | **CPA** | | | | $18,000.00 |
| **LSC Transportation** 1889 York St Denver, CO 80206 | | **Avelon Engineering** | | | | $5,100.00 |
| **Markus Williams Young & Hunsicker LLC** Attn: Matthew T. Faga Attn: Peter Q. Murphy 1775 Sherman St Ste 1950 Denver, CO 80203 | | **Counsel for Court Appointed Receiver** | | | | $220,666.91 |
| **PCS Group Inc.** PO Box 18287 Denver, CO 80218-0287 | | | | $29,661.25 | $0.00 | $29,661.25 |
| **Perkins Coie LLP** 1201 Third Ave Ste 4900 Seattle, WA 98101 | | **Attorneys Fees** | | | | $972,000.00 |
| **Shumaker Mallory, LLP** 333 S Grand Ave Ste 3400 Los Angeles, CA 90071 | | **Attorneys Fees** | | | | $1,650.00 |
| **White Bear (Metro District)** 2154 E Commons Ave #2000 Littleton, CO 80122 | | **Fees** | | | | $21,204.00 |
| **WIPFLI** 7887 E Bellview Ave Ste 700 Englewood, CO 80111 | | **CPA and Consultants** | | | | $24,196.60 |