Fill in this information to identify the case:

Debtor name: **Hilltop at DIA, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brad Carlson, Analyst<br>Toptal LLC<br>2810 N Church St #36879<br>Wilmington, DE 19802-4447 | | Analyst Fees | | | | $1,746.00 |
| Christopher P. Harff<br>Highline Financial Group, LLC<br>9493 S Shadow Hill Circle<br>Lone Tree, CO 80124 | | Litigation: Adams County District Court, Colorado Case No. 20CV30129 Court Appointed Receiver | | | | $82,767.40 |
| Clifton Larson<br>8390 E Crescent Pkwy Unit 300<br>Englewood, CO 80111 | | District Accounting Fees | | | | $435.00 |
| Fidelity National Title Insurance Co<br>Attn: Mary Romano<br>4643 S Ulster St Ste 500<br>Denver, CO 80237 | | Title Insurance | | | | $13,892.50 |
| Fox Rothschild<br>2000 Market St 20 Fl<br>Philadelphia, PA 19103-3222 | | Attorneys Fees | | | | $30,246.50 |
| Granite Properties<br>PO Box 201365<br>Dallas, TX 75320-1365 | | Office Lease | | | | $51,270.00 |
| Josefina /Varsovia Fernandez<br>10390 Ashton Ave<br>Los Angeles, CA 90026 | | COO for Hilltop | | | | $19,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | **Hilltop at DIA, LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelsey Jamie Buechler**<br>999 18th St Ste 1230S<br>Denver, CO 80202 | | **Attorneys Fees** | | | | $11,000.00 |
| **Liberty Mutual**<br>PO Box 188025<br>Fairfield, OH 45018-8025 | | **General Liability Insurance** | | | | $4,722.80 |
| **Limor Goodman**<br>160 Rockhill Rd<br>Bala Cynwyd, PA 19004 | | **CPA** | | | | $18,000.00 |
| **LSC Transportation**<br>1889 York St<br>Denver, CO 80206 | | **Avelon Engineering** | | | | $5,100.00 |
| **Markus Williams Young & Hunsicker LLC**<br>Attn: Matthew T. Faga<br>Attn: Peter Q. Murphy<br>1775 Sherman St Ste 1950<br>Denver, CO 80203 | | **Counsel for Court Appointed Receiver** | | | | $220,666.91 |
| **PCS Group Inc.**<br>PO Box 18287<br>Denver, CO 80218-0287 | | | | $29,661.25 | $0.00 | $29,661.25 |
| **Perkins Coie LLP**<br>1201 Third Ave Ste 4900<br>Seattle, WA 98101 | | **Attorneys Fees** | | | | $972,000.00 |
| **Shumaker Mallory, LLP**<br>333 S Grand Ave Ste 3400<br>Los Angeles, CA 90071 | | **Attorneys Fees** | | | | $1,650.00 |
| **White Bear (Metro District)**<br>2154 E Commons Ave #2000<br>Littleton, CO 80122 | | **Fees** | | | | $21,204.00 |
| **WIPFLI**<br>7887 E Bellview Ave Ste 700<br>Englewood, CO 80111 | | **CPA and Consultants** | | | | $24,196.60 |