**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO** The
Honorable Thomas B. McNamara

In re:
HILLTOP AT DIA, LLC,
EIN: 84-4480017

Debtor.

Bankruptcy Case No. 21-13309 TBM
Chapter 11

---

**ORDER AND NOTICE OF CHAPTER 11 STATUS CONFERENCE UNDER 11 U.S.C. § 105(d)**

---

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a preliminary review of the file and has determined that a Status Conference should be set pursuant to 11 U.S.C. § 105(d)(1). At the conference Debtor shall:

a)   be prepared to inform the Court generally about the nature of the Debtor's assets and liabilities, source or sources of income, any business it conducts, and the reasons for filing bankruptcy;

b)   be prepared to discuss generally the Debtor's intended plan of reorganization, changes in operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral, and other matters pertinent to the Debtor's financial affairs, business or reorganization;

c)   as applicable, be prepared to advise the Court regarding the Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case, and any particularities of the case which require resolution;

d)   be prepared to propose a schedule for the filing of a disclosure statement, the filing of a plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization;

e)   be prepared to advise the Court whether the Debtor is required to file the Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtor Estate Holds a Substantial or Controlling Interest (Official Form 26) pursuant to Fed. R. Bankr. P. 2015.3;

f)   be prepared to advise the Court regarding the details regarding why the Debtor considers its case a "single asset real estate case" as defined by 11 U.S.C. § 101 (51B);

g)   be prepared to advise the Court regarding the status of any pending motions, including the status of the state court receivership proceedings; and

h)       be prepared to identify any other issues that may require prompt attention of the Court or otherwise may be necessary to ensure expeditious and economical resolution of this case.

      **IT IS THEREFORE ORDERED** that:

a)       The Debtor shall appear before the Honorable Thomas B. McNamara on **FRIDAY, JULY 23, 2021**, **at 11:00 a.m., in Courtroom E**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202, for a <u>Status Conference</u>.  Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b)       It is anticipated that unless otherwise ordered, *<u>Counsel and/or parties shall appear in-person</u>*.  All in-person participants shall comply with the "Administrative Order of the Chief Judge 2020-2" and the Entry and Operational Protocols set forth therein as located on the Court's website (https://www.cob.uscourts.gov/sites/default/files/general-orders/ao2020-2.pdf).

c)       FORTHWITH, the **Debtor shall: (1) serve a copy of this Order on the United States Trustee, all creditors, other parties-in-interest, and those who have filed an entry of appearance and request for notice in this case; and (2) file a certificate of service with the Court, evidencing compliance with this Order, <u>no later than ten (10) days prior to the scheduled hearing</u>**.

DATED this 25th day of June, 2021.       BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara,
United States Bankruptcy Court Judge