# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| HILLTOP AT DIA, LLC ) | Case No. 21-13309 TBM |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## EMERGENCY MOTION FOR MICHAEL GRAHAM TO APPEAR TELEPHONICALLY

Hilltop at DIA, LLC ("Debtor"), through its attorneys, Onsager | Fletcher | Johnson, LLC, submits this Emergency Motion for Michael Graham to Appear Telephonically (this "Motion"), at the Status Conference scheduled for Friday, July 23, 2021, at 11:00 a.m., and states as follows:

1. Mr. Michael Graham ("Graham"), representative of the Debtor, was scheduled to fly out of Los Angeles yesterday afternoon when flights to and from Denver International Airport were cancelled due to weather. Thereafter, no flights from Los Angeles were available yesterday.

2. The flights for early this morning were all overbooked. Mr. Graham nonetheless went to the airport at 4:00 am to see if he could obtain a standby seat but was unsuccessful.

3. Mr. Graham will be participating in the Debtor's 341 Meeting of Creditors telephonically from California today at 9:00 a.m. *See* Docket No. 14.

4. Debtor therefore requests permission for Mr. Graham to appear at the Status Conference telephonically.

5. The U.S. Trustee has no objection. Mr. Graham believes that no other parties will be prejudiced if he is allowed to appear telephonically.

**WHEREFORE**, Debtor requests that this Court enter an order granting this Emergency Motion authorizing Mr. Graham to appear telephonically at the Status Conference on Friday, July 23, 2021, at 11:00 a.m., and granting such further relief as the Court deems proper.

Dated: July 23, 2021.    Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON**

  *s/ Christian C. Onsager*
    Christian C. Onsager, #6889
    J. Brian Fletcher, #28629
    Alice A. White, #14537
600 17th Street, Suite 425N
Denver, Colorado 80202
Ph: (303) 512-1123

consager@OFJlaw.com  
jbfletcher@OFJlaw.com  
awhite@OFJlaw.com  
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I served a complete copy of the Motion for Michael Graham to Appear Telephonically and proposed order on any and all parties who have requested notice through the court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

*s/ Barbara A. Moss*