## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| HILLTOP AT DIA, LLC | ) | Case No. 21-13309 TBM |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### MOTION FOR ABBEY WALSH TO ATTEND TELEPHONICALLY

Hilltop at DIA, LLC ("Debtor"), through its attorneys, Onsager | Fletcher | Johnson, LLC, submits this Motion for Abbey Walsh to Attend Telephonically (this "Motion"), at the hearing on Avelon NP, LLC's Motion for Relief from Stay scheduled for Thursday, July 29, 2021, at 9:00 a.m., and states as follows:

1. Ms. Abbey Walsh ("Walsh"), counsel for a potential buyer of the Debtor's property, lives in New York and would like to attend this hearing telephonically. Ms. Walsh does not intend to participate at the hearing, only listen.

2. Debtor therefore requests permission for Ms. Walsh to attend the hearing telephonically.

3. Movant Avelon NP has no objection to this Motion, and Debtor believes that no other parties will be prejudiced if she is allowed to attend telephonically.

**WHEREFORE**, Debtor requests that this Court enter an order granting this Motion authorizing Ms. Walsh to attend telephonically at the hearing on Thursday, July 29, 2021, at 9:00 a.m., and granting such further relief as the Court deems proper.

Dated: July 28, 2021.                                    Respectfully submitted,

                                                                             ONSAGER | FLETCHER | JOHNSON

                                                                                     _s/ J. Brian Fletcher_
                                                                           Christian C. Onsager, #6889
                                                                           J. Brian Fletcher, #28629
                                                                           Alice A. White, #14537
600 17th Street, Suite 425N
Denver, Colorado 80202
Ph: (303) 512-1123
consager@OFJlaw.com
jbfletcher@OFJlaw.com
awhite@OFJlaw.com
_Attorneys for Debtor_

## CERTIFICATE OF SERVICE

I certify that on July 28, 2021, I served a complete copy of the Motion for Abbey Walsh to Appear Telephonically and proposed order on any and all parties who have requested notice through the court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

*s/ Barbara A. Moss*