IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HILLTOP AT DIA, LLC | ) | Case No. 21-13309-TBM |
| EIN: XXX-XX-0017 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**MOTION TO SHORTEN NOTICE PERIOD FOR MOTION FOR ORDER (A) APPROVING THE SALE OF DEBTOR'S REAL PROPERTY, (B) AUTHORIZING PAYMENT OF LIENS AND (C) FOR RELATED RELIEF**

Hilltop at DIA, LLC, Debtor ("Debtor"), through undersigned counsel, hereby submits this Motion to Shorten Notice Period for Motion for Order (A) Approving the Sale of Debtor's Real Property, (B) Authorizing Payment of Liens, and (C) for Related Relief (this "Motion"), as follows:

1. On August 5, 2021, Debtor filed its Motion for Order (A) Approving the Sale of Debtor's Real Property, (B) Authorizing Payment of Liens, and (C) for Related Relief (the "Sale Motion"). In the Sale Motion, Debtor seeks authority to sell its real property which consists of 134 acres of development land (the "Property") located in Adams County, City of Aurora, Colorado, to Pan-Am Equities, Inc., pursuant to the terms set forth in the Purchase and Sale Agreement (the "PSA") attached to the Sale Motion for $20.0 million. A copy of the PSA is attached to the Sale Motion as Exhibit A.

2. Rule 2002(a)(2) requires twenty-one (21) day notice of the sale of estate property outside the ordinary course of business. Pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1), however, the Court may order the notice period reduced "for cause shown in its discretion."

3. Debtor requests the Court enter an Order shortening the notice period so that the deadline for filing objections to the Sale Motion is August 18, 2021- twelve (12) days from the date of the Sale Motion.

4. Cause exists here because no party will be prejudiced by the relief sought and the relief requested is necessary.

5. The purchase price of the Property exceeds Debtor's secured and unsecured debt by an estimated $7.0 million. Pursuant to the Sale Motion, Debtor is seeking authority to pay a substantial amount of the debt secured by the Property at closing to reduce further accruing interest, most of which is claimed to accrue at a rate greater than eighteen percent (18%) per annum and which amounts to over $160,000 per month. Thus, Debtor desires to close as soon as possible.

6. The PSA sets the deadline for entry of the sale order as September 2, 2021. The buyer then has thirty (30) days after the entry of the sale order to close on the sale. Accordingly, the sooner the sale order is entered, the sooner the buyer is required to close and the sooner claims secured by the Property can be paid or substantially reduced.

7. Further, because the sale proceeds far exceed the sum of all claims against the estate and any administrative expenses, the only real party in interest is Sebastian Partners, LLC, Debtor's sole member, and Debtor represents that Sebastian Partners consents to the shortened objection deadline. Moreover, all parties in interest will receive Notice of the Motion and twelve (12) days provides adequate time for responses.

8. Debtor believes it is in the best interests of the bankruptcy estate to shorten the time for filing any objections to the Sale Motion.

9. Debtor also requests that it be permitted to file the certificate of non-contested matter or the certificate of contested matter, as the case may be, without regard to the two-day delay requirement in L.B.R. 9013(c)(1) and (2).

10. In the event an objection to the Sale Motion is filed and a hearing on the Sale Motion becomes necessary, Debtor anticipates requesting that the hearing be set for a date before September 2, 2021.

WHEREFORE, the Debtor asks that the Court (a) enter an order shortening the deadline for filing objection to the Sale Motion to August 18, 2021 - twelve days from the date of the Sale Motion, (b) permitting Debtor to file certificate of non-contested matter or the certificate of contested matter, as the case may be, without regard to the two-day delay requirement in L.B.R. 9013(c)(1) and (2), and (c) granting such other and further relief as the Court deems necessary.

Dated: August 6, 2021.                    Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON LLC**

 *s/ Christian C. Onsager*
Christian C. Onsager, CBN 6889
J. Brian Fletcher, #28629
Alice A. White, CBN 14537
600 17th Street, Suite 425N
Denver, Colorado 80202
Ph: 303.512.1123
Email: consager@OFJlaw.com
          jbfletcher@OFJlaw.com
          awhite@OFJlaw.com

*Counsel for Hilltop at DIA, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 6, 2021, I served this Motion to Shorten Notice Period for Motion for Order (A) Approving the Sale of Debtor's Real Property, (B) Authorizing Payment of Liens, and (C) for Related Relief on the following parties and all parties who have requested electronic notice through the court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Matthew T. Faga
Alison Goldenberg
Robert Lantz
Peter Q. Murphy
Lindsay Riley
David Wadsworth

                                                                             *s/ Barbara A. Moss*