IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| HILLTOP AT DIA, LLC ) | Case No. 21-13309-TBM |
| EIN: XXX-XX-0017 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER SHORTENING NOTICE PERIOD FOR MOTION FOR ORDER (A) APPROVING THE SALE OF DEBTOR'S REAL PROPERTY, (B) AUTHORIZING PAYMENT OF LIENS, AND (C) FOR RELATED RELIEF**

Upon consideration of Hilltop at DIA, LLC's ("Debtor") Motion to Shorten Notice Period for Motion for Order (A) Approving the Sale of Debtor's Real Property, (B) Authorizing Payment of Liens, and (C) for Related Relief (the "Motion"), the Court having determined that the basis set forth in the Motion establishes just cause for relief granted herein, and after due consideration sufficient cause therefore:

**IT IS ORDERED THAT:**

1. The Motion is granted;

2. The notice period in regard to the Motion for Order (A) Approving the Sale of Debtor's Real Property and (B) for Related Relief (the "Sale Motion") is hereby shortened to twelve (12) days; and

3. Debtor is permitted to file the certificate of non-contested matter or the certificate of contested matter, as the case may be, without regard to the two-day delay requirement in L.B.R. 9013(c)(1) and (2).

Dated: August ___, 2021.

BY THE COURT:

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge